## GREEN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 86, September Term, 1962.]

*Decided May 15, 1963.*

Before the full Court.

638

PER CURIAM.

Since all of the alleged errors set forth in the petition of Francis Julius Green for post conviction relief from his convictions for armed robbery were finally litigated in the direct appeal decided *per curiam* in *Green v. State,* 227 Md. 296, the application for leave to appeal from the order of Judge Joseph Allen dismissing the petition must be denied. See Code (1962 Cum. Supp.), Art. 27, § 645A.

*Application denied.*